UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN LEE FOX,  )
                                                              ) CASE NO. C12-1355-MJP-MAT
    Plaintiff,  )
                                                               )
    v.  ) ORDER GRANTING MOTION FOR
                                                               ) EXTENSION OF TIME
SHERIFF JOHN LOVICK,  )
                                                               )
    Defendant.  )
_____  )

       Plaintiff proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights matter. Now before the Court is plaintiff's motion for extension of time to file an amended complaint. (Dkt. 5.) Having considered that motion, along with the balance of the record, the Court does hereby find and ORDER as follows:

       (1) By Order dated August 13, 2012, the Court identified deficiencies in plaintiff's proposed complaint, declined to serve the complaint, and granted plaintiff leave to amend his complaint, if possible, to correct the identified deficiencies, within thirty days from the date of the Order. (Dkt. 4.) Plaintiff now seeks an extension of time – a total of sixty days from the

ORDER GRANTING MOTION
FOR EXTENSION OF TIME
PAGE -1

Court's prior Order – to submit his amended complaint. Finding the request reasonable, the Court GRANTS plaintiff's motion for an extension of time. (Dkt. 5.) Within **sixty (60) days** from the date of the Court's August 13, 2012 Order, plaintiff may submit an amended complaint correcting the deficiencies outlined in the Order.

(2) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Marsha J. Pechman.

DATED this 19th day of August, 2012.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING MOTION
FOR EXTENSION OF TIME
PAGE -2