UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOHN LEE FOX, | ) | CASE NO. C12-1355-MJP |
| Plaintiff, | ) | |
| v. | ) | ORDER DISMISSING CASE WITHOUT PREJUDICE |
| SHERIFF JOHN LOVICK, | ) | |
| Defendant. | ) | |

The Court, having reviewed plaintiff's complaint and motion to proceed in forma pauperis (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed IFP is DENIED;

(3) Plaintiff's complaint, and this action, are DISMISSED, without prejudice, for failure to prosecute; and

///

///

ORDER DISMISSING CASE WITHOUT PREJUDICE
PAGE -1

01  (4)  The Clerk is directed to send copies of this Order to plaintiff and to Judge
02       Theiler.
03       DATED this __31__ day of __January__, 2013.
04
                                    _____
                                    MARSHA J. PECHMAN
05                                  Chief United States District Judge
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

ORDER DISMISSING CASE WITHOUT PREJUDICE
PAGE -2