UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOHN LEE FOX, | ) | CASE NO. C12-1355-MJP |
| Plaintiff, | ) | |
| v. | ) | ORDER DISMISSING CASE |
| | ) | WITHOUT PREJUDICE |
| SHERIFF JOHN LOVICK, | ) | |
| Defendant. | ) | |

The Court, having reviewed plaintiff's complaint and motion to proceed in forma pauperis (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation;

(2)   Plaintiff's application to proceed IFP is DENIED;

(3)   Plaintiff's complaint, and this action, are DISMISSED, without prejudice, for failure to prosecute; and

///

///

ORDER DISMISSING CASE WITHOUT PREJUDICE
PAGE -1

01    (4)   The Clerk is directed to send copies of this Order to plaintiff and to Judge

02    Theiler.

03    DATED this **31** day of **January**, 2013.

04

*[signature]*
MARSHA J. PECHMAN
05    Chief United States District Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DISMISSING CASE WITHOUT PREJUDICE
PAGE -2